BEFORE THE SECOND DIVISION, APRIL 22, 1940

**No. 43543.**—Protests 705096–G, etc., of Geo. E. Mallinson Importing Co., Inc., et al. (New York).

Opinion by Kincheloe, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.